UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

- - - - - - - - - - - - - - - - - - - - X

CSC HOLDINGS, INC.,

                Plaintiff,

    - against -

ROBERT CLEMENTI,

               Defendant.

- - - - - - - - - - - - - - - - - - - - X

ECF CASE

05 Civ. 1932 (WCC)

**ORDER**

**CONNER, Sr. D.J.:**

    The Court having been advised that all claims asserted herein have been settled, it is

    ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof.

SO ORDERED.

Dated:   White Plains, New York
          April 20, 2005

                                            *William C. Conner*
                                      WILLIAM C. CONNER, Sr. U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

*Copies Mailed to Counsel of Record*