UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CSC HOLDINGS, INC.,

                Plaintiff,

vs.

ROBERT CLEMENTI,

                Defendant.
-----------------------------------------------------------------X

**ORIGINAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

05 CV 1932 (WCC)

**STIPULATION OF DISMISSAL AND ORDER**

        **WHEREAS,** plaintiff CSC Holdings, Inc. ("Cablevision" or plaintiff), having instituted this action against defendant Robert Clementi (hereinafter "defendant" or "Clementi") under the Communications Act of 1934, as amended, Title 47 U.S.C. §§ 553(a)(1) and 605(a), alleging defendant's use or assistance in use of an unauthorized pirate cable television decoding device purchased from Explorer Electronics on or about October 30, 2002; and,

        **WHEREAS,** defendant Clementi, without making any admissions to plaintiff's allegations and denying those allegations, does hereby wish to resolve plaintiff's claims under this Stipulation of Dismissal; and,

        **WHEREAS,** the parties having reviewed the complaint and all other filings and communications in this Action and having investigated the plaintiff's claims and the potential defenses and counterclaims with respect thereto, and having voluntarily agreed to the terms of settlement set forth herein and in the separate Settlement Agreement contemporaneously entered into by the parties; it is hereby,

        **ORDERED** that,

        1.       Any and all existing or potential claims alleged or which could have been alleged

COPIES MAILED TO COUNSEL OF RECORD for π +
△ Pro Se 6/1/07

by and between plaintiff Cablevision and defendant under this action are hereby mutually released and discontinued with prejudice, with each party bearing its own respective costs and fees subject to the terms of the Settlement Agreement; and

2. Defendant Clementi, any of her agents, or persons acting in concert with her or on her behalf, are hereby permanently enjoined and restrained from engaging in the unauthorized reception of the programming, signal or service of plaintiff, or in assisting in any such unauthorized reception, and are hereby permanently enjoined and restrained from connecting to, attaching, splicing into, tampering with or in any way using the cable wiring of plaintiff, or assisting in any such conduct, without plaintiff's authorization; and that jurisdiction is hereby retained by this Court for the purpose of enabling any of the parties to apply to this Court at any time for enforcement of compliance with the foregoing injunction and for punishment of any violations thereof; and

3. This Stipulation and Order may be filed by the Clerk of the Court without further notice.

                              Attorneys for the Plaintiff
                              LEFKOWITZ, LOUIS, SULLIVAN & HOGAN, L.L.P.

Dated: 5/29/07         By: _____
                              ~~DANIEL J. LEFKOWITZ (DL-1331)~~ MICHAEL
                              350 Jericho Turnpike, Suite 300 CAJJELL
                              Jericho, New York 11753 (MC 0236)
                              (516) 942-4700

                              Defendant
                              ROBERT CLEMENTI

Dated: 9/4/05         By: _____
                              ROBERT CLEMENTI
                              5 Arborwood Lane
                              White Plains, New York 10603
                              (914) 424-5458

SO ORDERED ON June 1, 2007

_____
William C. Conner
U. S. D. J.

Mmd/B18